IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:21-CR-00091-AJS |
| | ) | |
| NICHOLAS BEARD | ) | |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: NICHOLAS BEARD, Booking No. 99-22191, Permanent No. 32-09609, Year of Birth: 1993, White, Male.

2. Detained by: Indiana County Jail, 665 Hood School Road, Indiana, PA 15701.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(c)(1)(C); and Title 18 United States Code, Section 924(c)(1)(A)(i).

4. Detainee is presently detained and confined in the Indiana County Jail, Indiana, Pennsylvania.

5. The above case is set for Initial Appearance, Arraignment, Detention Hearing, in Pittsburgh, Pennsylvania, on April 5, 2021 at 9:30 a.m., and it shall therefore be necessary for detainee to be present in Court via Zoom at that time and to remain in federal custody until the completion of trial on federal charges.

Dated: 3/8/2021                              */s/ Arnold P. Bernard, Jr.*
                                             ARNOLD P. BERNARD, JR.
                                             Assistant U.S. Attorney
                                             PA ID No. 313734


ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and when detainee is no longer needed before the Court, detainee shall be returned to the above-named Custodian.

_____          _____
Date                            UNITED STATES MAGISTRATE JUDGE